**CIVIL NO. 11-1130 (FAB)**